FILED
JAN 0 9 2017
Clerk, U.S. District and Bankruptcy Courts

UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF COLUMBIA

In re Alverta Louisa Norris )
) Case No. 17-000009
) (Chapter __)
Debtor(s). )

LIST OF CREDITORS AND MAILING MATRIX

1. The attached list, serving both as the list required by Rule 1007(a)(1) of the Federal Rules of Bankruptcy Procedure and as the mailing matrix required by the court's Local Bankruptcy Rules, consists of _____ pages and a total of _____ entities listed.

2. The attached list contains a true and correct name and address of:

- each of my creditors (those entities required to be scheduled on Schedules D, and E/F, the Schedules of Creditors Holding Claims, in this case),

- each of the parties required to be listed on Schedule G - Executory Contracts and Unexpired Leases, that is, the parties other than myself, to any unexpired lease of real or personal property to which I am a party;

Page 1 of 2

- each entity required to be listed on Schedule H - Codebtors (any entity, other than my spouse in a joint case, that is also liable on any debts owed to any of my listed creditors, including all guarantors and co-signers).

I declare under penalty of perjury that the foregoing is true and correct.

Executed on this 9th day of January, 2017 by:

_____
Debtor

Executed on this ____ day of _____, _____ by:

_____
Joint Debtor (if joint case filed by both spouses)

Page 2 of 2

SN Servicing Corporation
323 5th Street, #800 - 603-0836
Eureka, California 95501
(800) 603-0836

Westlake Financial Servicing
P.O. Box 76820
Los Angeles, California 90076